UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | Case No. 18-50278 |
| Khalid Amaru Jackson | Chapter 13 |
| Debtor. | Judge Sage M Sigler |

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number                                8-1
Last 4 Digits of Account Number:   3874

| Current Address for Notices: | NEW Address for Notices (Effective Immediately): |
|---|---|
| Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |
| Current Address for Payments: | NEW Address for Payments (Effective Immediately): |
| Home Point Financial Corporation<br>PO Box 790309<br>St. Louis, MO 63179 | Home Point Financial Corporation<br>11511 Luna Road, Suite 300<br>Farmers Branch, TX 75234 |
| Phone:<br>Email: | Phone:<br>Email: |

Respectfully Submitted

/s/ D. Anthony Sottile

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## **CERTIFICATE OF SERVICE**

I certify that on January 17, 2020, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Emily Camille Allen, Debtor's Counsel
    eallen@semradlaw.com

    Mary Ida Townson, Chapter 13 Trustee
    courtdailysummary@atlch13tt.com

    Office of the United States Trustee
    (Registered Address) @usdoj.gov

I further certify that on January 17, 2020, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Khalid Amaru Jackson, Debtor
    3753 Arminto Dr
    Ellenwood GA 30294

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com